USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1039 CARLOS R. RIVERA-CARBANA, Plaintiff, Appellant, v. DEPARTMENT OF THE ARMY, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Hector M. Laffitte, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ Carlos R. Rivera-Carbana on brief pro se. ________________________ Guillermo Gil, United States Attorney, and Fidel A. Sevillano Del ______________ ______________________ Rio, Assistant United States Attorney, on brief for appellee. ___ ____________________ November 7, 1996 ____________________ Per Curiam. Pro se plaintiff Carlos R. Rivera-Carbana __________ ___ __ appeals a district court judgment dismissing his Federal Tort Claims action on the grounds that plaintiff's claims for personal injuries arising out alleged acts of medical malpractice were "forever barred" under 28 U.S.C. 2401(b) and an unrelated claim for property damage to his automobile had been waived.1 Plaintiff also appeals a subsequent order 1 that denied his motion to reconsider the foregoing judgment. This court has thoroughly reviewed the record and the parties' briefs on appeal. We conclude that plaintiff's personal injury claims were properly dismissed because they are barred by the statute of limitations. Plaintiff failed to present these claims within two years of the date of their accrual, as required by 28 U.S.C. 2401(b). Plaintiff has also failed to present a cogent argument addressing his property damage claim on appeal. Thus, we deem it waived. See Barrett v. United States, 965 F.2d 1184, 1194 n. 19 (1st ___ _______ _____________ Cir. 1992). Accordingly, the judgment of dismissal and the order denying plaintiff's motion for reconsideration are affirmed. ________  ____________________ 1In relevant part, 28 U.S.C. 2401(b) provides that, "[a] 1 tort claim against the United States shall be forever barred unless it is presented in writing to the appropriate Federal agency within two years after such claim accrues ...." -2-